# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

CLAUDIA PATRICIA CABELLO,

Appellant,

v.

DANIEL CABELLO,

Appellee.

No. 2D22-3103

_____

January 3, 2024

Appeal from the Circuit Court for Pinellas County; Julie L. Sercus, Judge.

David A. Maney of Maney, Damsker & Jones, P.A., Tampa, for Appellant.

Jaime R Girgenti of Older, Lundy, Koch & Martino, Clearwater, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, KHOUZAM, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.